**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JOHN EVANGELISTA**

      **Plaintiff,**

**v.**                               **CASE NO. 5:11-cv-34-J-37TBS**

**REGENT ASSET MANAGEMENT**
**SOLUTIONS, INC.,**

      **Defendant.**

_____/

## ORDER TO SHOW CAUSE

On July 12, 2011 a Clerk's Default (Doc 12) was entered in this case against the Defendant, Regent. Asset Management Solutions, Inc.  Also on July 12, 2011 a Motion for Default Judgment (Doc 13) was filed by the Plaintiff.  This motion was denied without prejudice by Order dated September 29, 2011 (Doc 16) with leave to re-file the motion and supplement it with appropriate affidavits.  To date the Plaintiff has not re-filed his motion for a default judgment. Therefore, the Plaintiff is directed to show cause by a written response filed within fourteen (14) days of the date of this Order why this case should not be dismissed for failure to prosecute

      **DONE AND ORDERED** at Jacksonville, Florida, this 12th day of January, 2012.

ROY B. DALTON JR.
United States District Judge

Copies to: Counsel of record