UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 5:11-cv-00034-UATC-JRK

JOHN EVANGELISTA, individually,

    Plaintiff,

v.

REGENT ASSET MANAGEMENT
SOLUTIONS, INC.,
a foreign profit corporation,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, JOHN EVANGELISTA, hereby files this Notice of Voluntary Dismissal of the above-styled cause as to Defendant, REGENT ASSET MANAGEMENT SOLUTIONS, INC., without prejudice.

    Respectfully submitted,

    SCOTT D. OWENS, ESQ.
    *Attorney for Plaintiff*
    664 East Hallandale Beach Blvd.
    Ft. Lauderdale, FL 33309
    Telephone: 954-589-0588
    Facsimile: 954-337-0666
    scott@scottdowens.com

    By: /s/ *Scott D. Owens*
    Scott D. Owens, Esq.
    Florida Bar No. 0597651

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on 29th day of January 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this 29th day of January 2012 via U.S. mail and/or some other

2

authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        SCOTT D. OWENS, ESQ.
        *Attorney for Plaintiff*
        664 East Hallandale Beach Blvd.
        Ft. Lauderdale, FL 33309
        Telephone:  954-589-0588
        Facsimile:  954-337-0666
        scott@scottdowens.com

        By: /s/ *Scott D. Owens*
        Scott D. Owens, Esq.
        Florida Bar No. 0597651