# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**JOHN EVANGELISTA**

      Plaintiff,

v.                                               **CASE NO. 5:11-cv-34-J-37TBS**

**REGENT ASSET MANAGEMENT SOLUTIONS, INC.,**

      Defendant.

_____/

## O R D E R

This case is before the Court *sua sponte*. On January 12, 2012, this Court entered an Order (Doc.18) directing the Plaintiff to show cause as to why this case should not be dismissed for failure to file a Motion For Default Judgment. On January 29, 2012, Plaintiff filed it's a Notice of Voluntary Dismissal without Prejudice (Doc. 19). Accordingly, it is hereby **ORDERED** that

    1.    This Court's Order to Show Cause (Doc 18) is hereby **DISCHARGED**; and

    2.    This cause is hereby **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of January, 2012.

_____
ROY B. DALTON JR.
United States District Judge

Copies to: Counsel of record